**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Toni Murphy<br>　　　　Arthur Murphy<br><br>　　　　　　Debtor(s) | CHAPTER 13<br><br>BKY. NO. 23-10047 |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC  enote vesting-- Nationstar Mortgage LLC and index same on the master mailing list.

                            Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
17 Jan 2023, 11:07:36, EST

                            KML Law Group, P.C.
                            701 Market Street, Suite 5000
                            Philadelphia, PA 19106-1532
                            (215) 627-1322