**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                :        CHAPTER 13
**Toni & Arthur Murphy**

    **DEBTOR**                    :        BKY. NO. 23-10047-elf

O R D E R

AND NOW, this 24th day of January, 2023 upon consideration of Debtor's Application for an Extension of Time to file Chapter 13 Schedules.

It is **ORDERED** that the Motion is **GRANTED**. Debtor has until **2/6/2023** to file the necessary Schedules, and Statement of Financial Affairs in the above captioned matter.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**