Console Mattiacci Law LLC
1525 Locust St Fl 9
Philadelphia, PA 19102

Page 1 of 1

# Earnings Statement

**ADP**

Period Starting: 10/22/2022
Period Ending: 11/04/2022
Pay Date: 11/09/2022

Taxable Filing Status: Married
Exemptions/Allowances:
  Federal:    Std W/H Table
  State:      0
  Local:      0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal:
  State:
  Local:

Toni Murphy
6636 N 17th Street
Philadelphia, PA 19126

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 35.0000 | 55.50 | 1942.50 | 49525.00 |
| Overtime | | | 0.00 | 682.50 |
| Paid Time Off | 35.0000 | 13.50 | 472.50 | 4707.50 |
| Holiday | | | 0.00 | 1715.00 |
| PAD - Partner Approved Day | 35.0000 | 1.00 | 35.00 | 105.00 |
| **Gross Pay** | | | **$2,450.00** | **$56,735.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -74.02 | 1968.64 |
| Social Security | -149.15 | 3457.25 |
| Medicare | -34.88 | 808.55 |
| Pennsylvania State Income | -73.86 | 1711.91 |
| Pennsylvania State UI | -1.47 | 34.04 |
| Phila R Local Income | -92.86 | 2167.01 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *ADP RS employee | -20.00 | 440.00 |
| *FSA pre-tax $ | -15.00 | 330.00 |
| *Dental pre-tax | -29.22 | 642.84 |
| ADP RS 401(k) loan 1 | -81.69 | 1797.18 |
| ADP RS 401(k) loan 2 | -72.12 | 1586.64 |
| ADP RS 401(k) loan 3 | -87.28 | 1920.16 |

**Net Pay**     **$1,718.45**

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 56.50 | 1431.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXX6254 | XXXXXXXXX | 1718.45 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are $2,385.78
* Excluded from Federal taxable wages

Console Mattiacci Law LLC
1525 Locust St Fl 9
Philadelphia, PA 19102

Pay Date:   11/09/2022

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX6254 | XXXXXXXXX | 1718.45 |

Toni Murphy
6636 N 17th Street
Philadelphia, PA 19126

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|

Console Mattiacci Law LLC
1525 Locust St Fl 9
Philadelphia, PA 19102

## Earnings Statement

ADP

Period Starting: 11/05/2022
Period Ending: 11/18/2022
Pay Date: 11/23/2022

Taxable Filing Status: Married
Exemptions/Allowances:
  Federal: Std W/H Table
  State: 0
  Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal: 0.00 Addnl
  State:
  Local:

Toni Murphy
6636 N 17th Street
Philadelphia, PA 19126

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 35.0000 | 63.00 | 2205.00 | 51730.00 |
| Overtime | | | 0.00 | 682.50 |
| Paid Time Off | 35.0000 | 7.00 | 245.00 | 4952.50 |
| Holiday | | | 0.00 | 1715.00 |
| PAD - Partner Approved Day | | | 0.00 | 105.00 |
| **Gross Pay** | | | **$2,450.00** | **$59,185.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -74.02 | 2042.66 |
| Social Security | -149.16 | 3606.41 |
| Medicare | -34.89 | 843.44 |
| Pennsylvania State Income | -73.86 | 1785.77 |
| Pennsylvania State UI | -1.47 | 35.51 |
| Phila R Local Income | -92.86 | 2259.87 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *ADP RS employee | -20.00 | 460.00 |
| *FSA pre-tax $ | -15.00 | 345.00 |
| *Dental pre-tax | -29.22 | 672.06 |
| ADP RS 401(k) loan 1 | -81.69 | 1878.87 |
| ADP RS 401(k) loan 2 | -72.12 | 1658.76 |
| ADP RS 401(k) loan 3 | -87.28 | 2007.44 |
| Trans Check | -30.00 | 30.00 |

**Net Pay**    $1,688.43

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 63.00 | 1494.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXX6254 | XXXXXXXXX | 1688.43 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are $2,385.78
* Excluded from Federal taxable wages

---

Console Mattiacci Law LLC
1525 Locust St Fl 9
Philadelphia, PA 19102

Pay Date: 11/23/2022

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX6254 | XXXXXXXXX | 1688.43 |

THIS IS NOT A CHECK

Toni Murphy
6636 N 17th Street
Philadelphia, PA 19126

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|

Console Mattiacci Law LLC
1525 Locust St Fl 9
Philadelphia, PA 19102

## Earnings Statement

**ADP**

Period Starting: 11/19/2022
Period Ending: 12/02/2022
Pay Date: 12/07/2022

Taxable Filing Status: Married
Exemptions/Allowances:
  Federal: Std W/H Table
  State: 0
  Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal: 0.00 Addnl
  State:
  Local:

Toni Murphy
6636 N 17th Street
Philadelphia, PA 19126

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 35.0000 | 55.50 | 1942.50 | 53672.50 |
| Overtime | | | 0.00 | 682.50 |
| Paid Time Off | 35.0000 | 1.50 | 52.50 | 5005.00 |
| Holiday | 35.0000 | 14.00 | 490.00 | 2205.00 |
| PAD - Partner Approved Day | | | 0.00 | 105.00 |
| **Gross Pay** | | | **$2,485.00** | **$61,670.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -77.72 | 2120.38 |
| Social Security | -151.07 | 3757.48 |
| Medicare | -35.33 | 878.77 |
| Pennsylvania State Income | -74.80 | 1860.57 |
| Pennsylvania State UI | -1.49 | 37.00 |
| Phila R Local Income | -94.18 | 2354.05 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *ADP RS employee | -20.00 | 480.00 |
| *FSA pre-tax $ | -19.23 | 364.23 |
| *Dental pre-tax | -29.22 | 701.28 |
| ADP RS 401(k) loan 1 | -81.69 | 1960.56 |
| ADP RS 401(k) loan 2 | -72.12 | 1730.88 |
| ADP RS 401(k) loan 3 | -87.28 | 2094.72 |
| Trans Check | -30.00 | 60.00 |

**Net Pay** $1,710.87

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 55.50 | 1549.50 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX6254 | XXXXXXXXX | 1710.87 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are $2,416.55
* Excluded from Federal taxable wages

---

Console Mattiacci Law LLC
1525 Locust St Fl 9
Philadelphia, PA 19102

Pay Date: 12/07/2022

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX6254 | XXXXXXXXX | 1710.87 |

Toni Murphy
6636 N 17th Street
Philadelphia, PA 19126

| Company Code | Loc/Dept | Number | Page | Earnings Statement | | | ADP |
|---|---|---|---|---|---|---|---|

Console Mattiacci Law LLC
1525 Locust St Fl 9
Philadelphia, PA 19102

Period Starting: 12/03/2022
Period Ending: 12/16/2022
Pay Date: 12/21/2022

Taxable Filing Status: Married
Exemptions/Allowances:
  Federal:  Std W/H Table
  State:  0
  Local:  0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal:  0.00 Addnl
  State:
  Local:

Toni Murphy
6636 N 17th Street
Philadelphia, PA 19126

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 35.0000 | 59.00 | 2065.00 | 55737.50 |
| Overtime | | | 0.00 | 682.50 |
| Paid Time Off | 35.0000 | 11.00 | 385.00 | 5390.00 |
| Holiday | | | 0.00 | 2205.00 |
| PAD - Partner Approved Day | | | 0.00 | 105.00 |
| Gross Pay | | | $2,450.00 | $64,120.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -73.52 | 2193.90 |
| Social Security | -148.89 | 3906.37 |
| Medicare | -34.82 | 913.59 |
| Pennsylvania State Income | -73.73 | 1934.30 |
| Pennsylvania State UI | -1.47 | 38.47 |
| Phila R Local Income | -92.86 | 2446.91 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *ADP RS employee | -20.00 | 500.00 |
| *FSA pre-tax $ | -19.23 | 383.46 |
| *Dental pre-tax | -29.22 | 730.50 |
| ADP RS 401(k) loan 1 | -81.69 | 2042.25 |
| ADP RS 401(k) loan 2 | -72.12 | 1803.00 |
| ADP RS 401(k) loan 3 | -87.28 | 2182.00 |
| Trans Check | -10.00 | 70.00 |

Net Pay  $1,705.17

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 59.00 | 1608.50 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX6254 | XXXXXXXXX | 1705.17 |

Important Notes
Basis of pay: Hourly

Your federal taxable wages this period are $2,381.55
* Excluded from Federal taxable wages

Console Mattiacci Law LLC
1525 Locust St Fl 9
Philadelphia, PA 19102

Pay Date: 12/21/2022

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX6254 | XXXXXXXXX | 1705.17 |

THIS IS NOT A CHECK

Toni Murphy
6636 N 17th Street
Philadelphia, PA 19126

Console Mattiacci Law LLC
1525 Locust St Fl 9
Philadelphia, PA 19102

**Earnings Statement**

ADP

Period Starting: 12/17/2022
Period Ending: 12/30/2022
Pay Date: 12/30/2022

Taxable Filing Status: Married
Exemptions/Allowances:
 Federal: Std W/H Table
 State: 0
 Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
 Federal: 0.00 Addnl
 State:
 Local:

Toni Murphy
6636 N 17th Street
Philadelphia, PA 19126

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 35.0000 | 28.00 | 980.00 | 56717.50 |
| Overtime | | | 0.00 | 682.50 |
| Paid Time Off | 35.0000 | 21.00 | 735.00 | 6125.00 |
| Holiday | 35.0000 | 21.00 | 735.00 | 2940.00 |
| Supplemental bonus | | | 0.00 | 15000.00 |
| PAD - Partner Approved Day | | | 0.00 | 105.00 |
| **Gross Pay** | | | **$2,450.00** | **$81,570.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -73.52 | 5567.42 |
| Social Security | -148.90 | 4985.27 |
| Medicare | -34.82 | 1165.91 |
| Pennsylvania State Income | -73.73 | 2468.53 |
| Pennsylvania State UI | -1.47 | 48.94 |
| Phila R Local Income | -92.86 | 3108.27 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *ADP RS employee | -20.00 | 520.00 |
| *FSA pre-tax $ | -19.23 | 402.69 |
| *Dental pre-tax | -29.22 | 759.72 |
| ADP RS 401(k) loan 1 | -81.69 | 2123.94 |
| ADP RS 401(k) loan 2 | -72.12 | 1875.12 |
| ADP RS 401(k) loan 3 | -87.28 | 2269.28 |
| Trans Check | -10.00 | 80.00 |

**Net Pay** $1,705.16

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 28.00 | 1636.50 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX6254 | XXXXXXXXX | 1705.16 |

Important Notes
Basis of pay: Hourly

Your federal taxable wages this period are $2,381.55
* Excluded from Federal taxable wages

---

Console Mattiacci Law LLC
1525 Locust St Fl 9
Philadelphia, PA 19102

Pay Date: 12/30/2022

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX6254 | XXXXXXXXX | 1705.16 |

Toni Murphy
6636 N 17th Street
Philadelphia, PA 19126