**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                  :        CHAPTER 13
Toni Murphy
Arthur Murphy

    DEBTOR                               :        BKY. NO.  23-10047-elf

**Statement Pursuant to §521 (A) (1) (iv)**

Section §521 (A) (1) (iv) of the Code requires copies of all payment advices or other evidence of payment received within 60 days by the debtor(s) from any employer; however, neither debtor(s) had an employer within that time frame and therefore, neither debtor(s) has any documentation to file pursuant to that section §521 (A) (1) (iv) of the Code

Joint Debtor did not start work until 1/9/2023, therefore,  he has no pre-petition payroll to show.

                                  Respectfully Submitted,

February 21, 2023                      /s/ Michael A. Cibik
                                      Michael A. Cibik, Esquire
                                      CIBIK LAW, P.C.
                                      1500 Walnut  Street, Suite 900
                                      Philadelphia, PA 19102
                                      (215) 735-1060