## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Toni Murphy
      Arthur Murphy

                      Debtor(s)

CHAPTER 13

BKY. NO. 23-10047

## AMENDED ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC, and index same on the master mailing list.

                    Respectfully submitted,

                    **/s/ Michael P. Farrington, Esquire**
                    Michael P. Farrington, Esquire
                    Attorney I.D. No. 329636
                    KML Law Group, P.C.
                    BNY Mellon Independence Center
                    701 Market Street, Suite 5000
                    Philadelphia, PA 19106
                    215-627-1322
                    mfarrington@kmllawgroup.com