**resurgent** capital services

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

23-10047

DEBTOR(S):

TONI MURPHY

ARTHUR MURPHY

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 11 IN THE AMOUNT OF $1,509.99

CREDITOR'S SIGNATURE:

/s/ Brandie McCann

CREDITOR CONTACT INFO:

LVNV Funding, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

3/17/2023