# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Toni Murphy,
    Arthur Murphy,

          Debtors.

Case No. 23-10047-pmm

Chapter 13

Response to ECF No. 26

## Debtors' Response to Motion for Relief

**AND NOW**, Debtors Toni Murphy and Arthur Murphy, by and through their attorney, hereby respond to the Motion for Relief filed by Lakeview Loan Servicing, LLC.

The Debtors oppose the motion. The alleged arrearage is inconsequential and can be cured in short order.

**NOW, THEREFORE**, the Debtors ask this Court to deny the motion in the form of order attached.

Date: April 19, 2023

        CIBIK LAW, P.C.
        *Counsel for Debtor*

        By: /s/ Michael I. Assad
            Michael I. Assad (#330937)
            1500 Walnut Street, Suite 900
            Philadelphia, PA 19102
            215-735-1060
            mail@cibiklaw.com

## Certificate of Service

I certify that on this date I caused a true and correct copy of the Debtor's Response to Motion for Relief to be served on Lakeview Loan Servicing, LLC through the CM/ECF system along with all attachments.

Date: April 19, 2023

        /s/ Michael I. Assad
        Michael I. Assad

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: <br><br> Toni Murphy, <br> Arthur Murphy, <br><br> Debtors. | Case No. 23-10047-pmm <br><br> Chapter 13 <br><br> Related to ECF No. 26 |

**ORDER**

**AND NOW**, after consideration of the Motion for Relief filed by Lakeview Loan Servicing, LLC, and after notice and hearing, it is hereby **ORDERED** that the motion is **DENIED**.

Date: _____

                                                                  Patricia M. Mayer
                                                                  U.S. Bankruptcy Judge