IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                                           :Chapter 13
**Toni Murphy**
**Arthur Murphy**

(DEBTOR)                                        :Bankruptcy #23-10047-pmm

PRAECIPE

TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

     Kindly withdraw document #30, Answer to the Motion for Relief filed on or about April 19, 2023 in the above-referenced case.

DATED: May 22, 2023                    _____/s/_____
                                       Michael A. Cibik, Esquire
                                       Cibik Law, P.C.
                                       1500 Walnut Street, Suite 900
                                       Philadelphia, PA 19102
                                       (215) 735-1060