**Exhibit B**
**Summary and Itemization of Fees**

| Case Number | Debtor Name | Period |
|---|---|---|
| 23-10047 | Murphy | Pre-Confirmation |
| **Summary of Fees** | | |
| This case was dismissed prior to confirmation. The time enteries below are not an exhaustive list of all time spent on case. | | |

| Date | Staff | Description | Hours |
|---|---|---|---|
| 01/04/2023 | Attorney | Initial consultation - discussed financial situation and solutions. | 1.00 |
| 01/05/2023 | Attorney | Reviewed client's credit report, public records, and other documents provided by clients. | 0.75 |
| 01/09/2023 | Attorney | Drafted bankruptcy petition and statement of social security number. | 0.50 |
| 01/15/2023 | Attorney | Drafted chapter 13 plan and matrix list of creditors. | 1.00 |
| 01/15/2023 | Paralegal | Sent letter to client explaining how to make plan payments and documents needed for meeting of creditors. | 0.50 |
| 02/02/2023 | Attorney | Drafted schedules, means test, and statement of financial affairs. | 3.00 |
| 02/09/2023 | Paralegal | Redacted client's paystubs and filed them with court. | 0.30 |
| 04/03/2023 | Attorney | Represented client at meeting of creditors. | 0.40 |
| 08/25/2023 | Attorney | Drafted fee application | 0.40 |
| 09/20/2023 | Attorney | Reviewed time slips and drafted exhibit to fee application. | 0.20 |

|  |  |
|---:|---|
| Total Attorney Hours | 7.25 |
| Attorney Hourly Rate | $350.00 |
| **Attorney Total** | **$2,537.50** |
|  |  |
| Total Paralegal Time | 0.80 |
| Paralegal Hourly Rate | $125.00 |
| **Paralegal Total** | **$100.00** |
|  |  |
| Subtotal | $2,637.50 |
| Adjustment | ($73.50) |
| **Grand Total** | **$2,564.00** |
|  |  |
| Pre-Petition Payment | $1,000.00 |
| Balance Due | $1,564.00 |
|  |  |
| Unaccounted Time | 0.00 |